PHEBE A. H. DARBEE, RESPONDENT, *v.* ALEXANDER ELWOOD AND OTHERS, APPELLANTS.

*Newly discovered evidence — new trial — when granted on account of.*

In this case a motion for a new trial, on the ground of newly discovered evidence, was denied, for the reason that the evidence, so discovered, did not fulfill the requirements of the rule applicable in such cases, viz.: that it should be so decisive in character, as that, to a reasonable certainty, it would be productive on another trial of an opposite result.*

APPEAL from an order denying a motion for a new trial on the ground of newly discovered evidence.

*Wm. Youmans, Jr.,* for the appellants.

*Wm. Gleason,* for the respondent.

Opinion per Curiam.

Present — MILLER, P. J., BOOKES and BOARDMAN, JJ.

Order affirmed, with costs.

* Hilliard on New Trials, 491 (2d ed.) ; Powell v. Jones, 42 Barb., 24; U. S. v. Cornell, 2 Mason, 91; Bronson v. Hickman, 10 Ind., 3; Simpson v. Wilson, 6 id., 474; Hull v. Kirkpatrick, 4 id., 638; Burr v. Palmer, 23 Vt., 244; Snowman v. Wardwell, 32 Me., 275.